UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| BARBARA FENELON JACKSON, ET AL. | CIV. ACTION NO. 5:22-05228 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| U. S. DEPT OF HOUSING & URBAN DEVELOPMENT, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Record Document 5], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the above-captioned case is hereby **DISMISSED**, with prejudice. FED. R. CIV. P. 41(b) and/or 12(b)(6).

**THUS DONE AND SIGNED** this ___ day of May 2023.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE